**ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Shanghai JND Plastic Products Co., Ltd.; and Anhui JND Plastic Packaging Co., Ltd.** |
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080979L | $81,724.03 | 11/15/2019 | 52019HRB | 10/16/2019 | $81,724.03 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080713T | $86,337.33 | 10/25/2019 | 42019HRB | 9/29/2019 | $86,337.33 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080594X | $38,324.46 | 10/18/2019 | 32019HRB | 9/20/2019 | $38,324.46 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080593K | $37,925.42 | 10/18/2019 | 22019HRB | 9/16/2019 | $37,925.42 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080509 | $37,925.42 | 10/11/2019 | 12019HRB | 9/9/2019 | $37,925.42 |

**Totals:**      **5 transfer(s),**    **$282,236.66**

Shanghai JND Plastic Products Co., Ltd.; and Anhui JND Plastic Packaging Co., Ltd. (2269318)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021           Exhibit A           P. 1